UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY VARNADO, | ) | CASE NO. CV 18-05923-JAK (KES) |
| Plaintiff, | ) ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | ) ) | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

    At the Court's request, on January 21, 2020, the parties took part in a settlement conference before Magistrate Judge Patrick J. Walsh. The parties reached an agreement to settle the case. The material terms of the settlement agreement were placed on the record. The case is hereby dismissed with prejudice. Magistrate Judge Walsh

1  shall retain jurisdiction over the matter to enforce the settlement.
2       IT IS SO ORDERED.

4       DATED: January 27, 2020.

                                  _____
                                  JOHN A. KRONSTADT
                                  UNITED STATES DISTRICT JUDGE


Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\isabelmartinez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VT0Y4E57\1. Tommy Varnado v. LA County Sheriff's Dept. CV18-5923-JAK (KES)  Order Dismissing Action.wpd

2