JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY VARNADO,<br><br>          Plaintiff,<br><br>   v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | CASE NO. CV 18-05923-JAK (KES)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Action With Prejudice,

    IT IS ADJUDGED that the entire action is dismissed with prejudice.

    DATED: January 27, 2020.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE